UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

EMILY ANN NELSON,

      Plaintiff,

    v.

EQUIFAX INFORMATION
SERVICES LLC,

      Defendant.

Case No. 0:26-cv-02511-LMP-JFD

**ORDER**

Having reviewed the Unopposed Motion for Extension of Time for Defendant Equifax Information Services LLC to Answer or Otherwise Respond to Plaintiff's Complaint, and good cause appearing,

**IT IS HEREBY ORDERED** that the Motion is granted and that Defendant, Equifax Information Services LLC, shall have up to and including June 29, 2026, to respond to Plaintiff's Complaint.

Date: May 28, 2026

*s/ John F. Docherty*
JOHN F. DOCHERTY
United States Magistrate Judge